**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 13-cr-00142-REB-05

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHRISTOPHER MOORE,

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

        IT IS ORDERED that Defendant, CHRISTOPHER MOORE, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden, Federal Correctional Institution Englewood, in Littleton, Colorado, on October 28, 2014, by 12:00 p.m. (noon), and shall travel at his own expense.

        DATED at Denver, Colorado, October 1, 2014.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge